JOSEPH F. DANNER, JR.

v.

INTERNATIONAL HARVESTER COMPANY.

Oct. 4, 1979.  Petition for certification denied.

SAMUEL BEANLAND v. BOROUGH OF DEMAREST.

Oct. 4, 1979.  Petition for certification denied.

JUDITH ANN McMURTRY v. W. THOMAS McMURTRY.

Oct. 4, 1979.  Petition for certification denied.

THOMAS W. MURPHY v. JOHN E. SIMES.

Oct. 4, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. PAUL CITO.

Oct. 4, 1979.  Petition for certification denied.